1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
                           **CENTRAL DISTRICT OF CALIFORNIA**
9
10   TAREK FAZEL,                          )   Case No.: 5:22−cv−00894−GJS
                                           )
11              Plaintiff,                 )   ~~(PROPOSED)~~ ORDER AWARDING
                                           )   EQUAL ACCESS TO JUSTICE ACT
12       vs.                               )   ATTORNEY FEES AND EXPENSES
                                           )   PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,                      )   AND COSTS PURSUANT TO 28
     Acting Commissioner of Social         )   U.S.C. § 1920
14   Security,                             )
                                           )
15              Defendant                  )
                                           )
16   _____
17          Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $5,200.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATED:  June 26, 2023

23                                        _____

24                                        GAIL J. STANDISH
                                          UNITED STATES MAGISTRATE JUDGE
25

26

                                          -1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Steven G. Rosales*

4    BY: _____

5        Steven G. Rosales
        Attorney for plaintiff Tarek Fazel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26